

FILED

07/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0591

_____

JACOB SMITH,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

_____

FILED

JUL 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

      Upon consideration of Appellant's motion for extension of time, and good cause appearing,

      IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 3, 2020, within which to file Appellant's reply brief.

      DATED this 10 day of July, 2020.

                      For the Court,

                                    _____
                                      Chief Justice